**Michael L. PACK, Plaintiff—Appellant,**

v.

**BALTIMORE CITY POLICE DEPARTMENT, Defendant—Appellee.**

No. 10–1058.

United States Court of Appeals, Fourth Circuit.

Submitted: March 16, 2010.

Decided: March 24, 2010.

Michael L. Pack, Appellant Pro Se.

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Pack appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *See Pack v. Baltimore City Police Dep't,* No. 1:09–cv–03233–CCB (D.Md. Dec. 22, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*